IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | |
| Cedrick Hill | 1:16-cr-00427-AT |

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that upon authority of the undersigned, the Indictment, filed February 19, 2020, charging violation of 21 U.S.C. Section(s) 841 and 846, is dismissed as to Cedrick Hill and Movant prays leave of Court to file the same.

Respectfully submitted,

KURT R. ERSKINE
*United States Attorney*

By: Matthew S. Carrico
*Assistant United States Attorneys*
Georgia Bar No. 538608
matthew.carrico@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### Order

Now, to-wit, on the _10th_ day of March, 2022, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE